UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (Detroit)

| | |
|---|---|
| In re: | Case No: 09-52243-tjt |
| Craig Fink and Kimberly D. Fink | Chapter 13 |
| Debtors | Hon. Judge Thomas J. Tucker |

## STIPULATION FOR ENTRY OF ORDER LIFTING THE AUTOMATIC STAY AND WAIVING THE PROVISION FRBP §4001 (a)(3)

NOW COMES Creditor, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. as servicing agent for the secured creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificate holders of CWBMS 2003-56, by and through its attorneys Randall S. Miller & Associates, P. C., along with the Debtors Craig and Kimberly Fink, by and through their attorney, Guy T. Conti and the parties hereby stipulate and agree to Lift the Automatic Stay and Waive the provision FRBP §4001(a)(3) with respect to the property located at 71 Peachtree Rd., North Kingston, RI 02852, and more particularly described as:

> BEING laid out and designated as Lot No. 18 (eighteen) on that certain plat entitled, "SUBDIVISION NO. 2 BROOKHAVEN AT QUIDNESSETT NORTH KINGSTOWN, R.I. ARTHUR W. HANSON ET AL OWNER, SCALE 1"-40' NOV. 1956 TECHNICAL SERVICE INC. ENGINEERS PONTIAC, RHODE ISLAND, "which plat is on file on Plat 658 in the North Kingstown Land Evidence Records.

> BEING also designated as Lot 35 on Plats 158 of the North Kingstown Tax Assessor's Plats as presently constituted, for reference purposes only.

IT IS HEREBY STIPULATED AND AGREED THAT THE ATTACHED ORDER IS APPROVED AS TO FORM:

Approved As to Form:

/s/ Jason R. Canvasser
Jason Canvasser (P69814)
Attorney for Creditor
43252 Woodward Ave., Suite 180
Bloomfield Hills, MI 48302
(248) 335-9200
jcanvasser@millerlaw.biz

/s/ Guy Conti
Guy T. Conti (P68889)
Attorney for Debtor
The Law Offices of Guy T. Conti, PLLC
302 N. Huron Street
Ypsilanti, MI 48197
734-272-4771
Email: gconti@contilegal.com

Dated: June 2, 2009