UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
Southern DIVISION – Detroit

IN RE: Craig Fink
Kimberly Fink
DEBTOR(S).

CHAPTER 13 CASE NO. 09-52243
HON. Thomas J. Tucker

### STIPULATION FOR ENTRY OF ORDER MODIFYING/VACATING STAY(S) / PLAN AND TO ALLOW SUPPLEMENTAL CLAIM

AS TO CREDITOR  MERS, Inc., as nominee for lender and lender's successors and/or assigns with PHH Mortgage Corporation as servicer for lender (last 4 loan # 0806)

NOW COMES THE ABOVE NAMED CREDITOR, by and through its attorneys, Trott & Trott, PC, having filed a(n) ☐ Motion For Relief from the Automatic and Co-Debtor Stay ☐ Objection to Motion To Extend/Impose ☐ Objection to Confirmation
with respect to property located at  8032 Mapledale Dr, Ypsilanti, MI 48197-6212,
and the parties having reached a resolution to modify/vacates all stay(s) and/or Plan and agree to the entry of an order as follows:

☐ **DEBTOR(S) TO REMIT/CURE** ☐ Directly ☐ to the Trustee in addition to the regularly required payments or Creditor may immediately submit a Notice of Default and Order ☐ Vacating the Automatic and Co-Debtor Stay ☐ Dismissing case ☐ with 180-day bar to refiling, no further notice, hearing or motion being required:
  ☐ All delinquencies and be 100% on Trustee/Creditor records on or before _____ and/or/by
  ☐ Lump sum in the amount of _____ (check #(s) _____) to post on said records by _____ and/or
  ☐ Delinquency of _____ in equal installments of $_____ commencing _____ and continuing thereafter until the default is cured while maintaining all subsequently required payments.

☐ **FUTURE DEFAULT PROVISION(S):** Effective _____, if the Debtor(s) fail(s) to comply with the stipulation terms, including attorney fees as agreed, Creditor may file and serve a Notice of Default on Debtor(s), Debtor(s) counsel, and Trustee. If the Default is not cured*, Creditor may submit an order as follows, no further notice, hearing or motion being required: ☐ Vacating the Automatic Stay ☐ Dismissing case ☐ Dismissing case with 180-day bar to refiling ☐ *In rem* relief pursuant to 11 U.S.C. §362(d)(4)
  ☐ Failure to maintain required plan or direct payments while curing any default. The cure period is _____ days.**
  ☐ Failure to maintain property taxes as they come due. The cure period for taxes is _____ days.**
  ☐ Failure to provide Creditor with valid proof of homeowners insurance as required by the mortgage contract with Creditor; Debtor(s) shall provide proof of insurance with Creditor named as loss payee by _____ or Creditor may file an Notice of Default and Order Vacating Stay to the Court. In the event proof of insurance is provided timely, the cure period for insurance is _____ days.**

*Debtors are limited to 2 opportunities to cure defaults. Should a third default occur, Creditor may submit the order of relief with the notice. Creditor's fees and costs associated with any defaults are recoverable and may be included in the amount to cure.
** Pursuant to the underlying contract, Creditor may file a supplemental or amend its claim to recoup any and all advances made.

☐ **ATTORNEY FEES AND COSTS IN THE AMOUNT OF $_____ TO BE REIMBURSED AS FOLLOWS:**
  ☐ Creditor to file a supplemental proof of claim to be paid via the Trustee pursuant to this stipulation.
  ☐ to be paid directly by Debtor(s) to Creditor ☐ by _____ / ☐ over _____ consecutive months commencing on _____ at $_____ per month.
  ☐ included within the above stated delinquency amount as required to be cured by the Debtor.

☒ **THE AUTOMATIC AND CO-DEBTOR STAY IS HEREBY VACATED.**
  ☐ Opposition to the entry of the Order submitted with Creditor's Motion For Relief is hereby withdrawn.

☐ **OTHER PROVISIONS:** _____

The Order vacating stay as entered by the Court pursuant to this resolution includes a waiver of the provisions of FRBP 4001(a)(3) and is binding and effective despite any conversion of this bankruptcy to a case under any other chapter of Title 11 of the United States Bankruptcy Code. In the event Creditor deems the property is physically abandoned or by consent of the parties, Creditor may seek to shorten the statutory redemption period. Creditor and/or its servicer, successors or assigns may at its option offer, provide, and enter into a potential forbearance agreement, loan modification or other workout/loss mitigation agreement and Creditor may contact the Debtor via telephone or written correspondence to offer such an agreement.

Approved as to form:
By: /s/ Lisa Evans (P 69639)
Trott & Trott, P.C., Attorney for Creditor
31440 Northwestern Hwy, Ste 200.
Farmington Hills, MI 48334
Tx: (248) 642-2515
EasternECF@trottlaw.com

By: /s/ Guy Conti (P 68889)
Attorney for Debtor
302 N Huron St
Ypsilanti, MI 48197
(888) 489-3232
gconti@contilaw.com

By: _____ (P_____)